UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

                                              )
JASPER L. DOCKERY                             )
                                              )
              Plaintiff,                      )
                                              )
              v.                              )     Civil Action No. 08-0806 (PLF)
                                              )
UNITED STATES DEPARTMENT                      )
OF TREASURY, Internal Revenue Service,        )
                                              )
              Defendant.                      )
_____       )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #9] is GRANTED; and it is

FURTHER ORDERED that this civil action is DISMISSED in its entirety.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: January 23, 2009